IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KELTON J. ALSTON, | |
| Plaintiff, | CIVIL ACTION NO.: 6:18-cv-109 |
| v. | |
| MARTY C. ALLEN; SGT. MARCUS MIKELL; SGT. WOOD; and LT. MONK, | |
| Defendants. | |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 23. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendant Mikell in his official capacity and **DISMISSES without prejudice** Defendants Allen, Wood, and Monk from this case. Plaintiff's excessive force claims against Defendant Mikell in his individual capacity remain pending. Doc. 24.

**SO ORDERED**, this 7th day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA